THE MANHATTAN FIRE INSURANCE COMPANY *vs.* TUMLIN.

On May 4th attorneys in Atlanta mailed a letter to an attorney in Cuthbert, retaining him for the representation of a case which the writers had brought in Randolph superior court. Had the letter been received by due course of mail, the case would have been represented; but it was miscarried, and did not reach its proper destination until May 14th. In the meantime, court met on May 6th, and the case was called and dismissed for want of representation on May 10th:

*Held,* that this court will not interfere with the discretion of the court below in refusing to re-instate the case. As a general rule parties who transmit papers by mail take the risk of the same being received in time.

WARNER, Chief Justice.